# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Wayne E. | United States Bankruptcy Court, Central District of CA | 10/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge, Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pursue Your Passion Ministries |
| 2. | Trustee | Imago Dei College |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |
| 6. | Trustee | Trust #4 |
| 7. | Trustee | Trust #5 |
| 8. | Trustee | Trust #6 |
| 9. | Trustee | Trust #7 |
| 10. | Trustee | Trust #8 |
| 11. | Custodian | Custodial Account #1 |
| 12. | Custodian | Custodial Account #2 |
| 13. | Custodian | Custodial Account #3 |
| 14. | Custodian | Custodial Account #4 |
| 15. | Custodian | Custodial Account #5 |
| 16. | Custodian | Custodial Account #6 |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Int./Div. | K | T | | | | | |
| 2. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 3. - Schwab Value Advantage Money Fund | | | | | | | | | |
| 4. - Schwab 1000 Index Fund | | | | | | | | | |
| 5. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. IRA #2 | A | Int./Div. | J | T | | | | | |
| 8. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 9. - Schwab Investor Money Fund | | | | | | | | | |
| 10. - Schwab 1000 Index Fund | | | | | | | | | |
| 11. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. IRA #3 | A | Int./Div. | L | T | | | | | |
| 14. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 15. - Schwab Value Advantage Money Fund | | | | | | | | | |
| 16. - Schwab 1000 Index Fund | | | | | | | | | |
| 17. - Federated Mid Cap Index Fund SS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. IRA #4 | A | Int./Div. | J | T | | | | | |
| 20. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 21. - Schwab Investor Money Fund | | | | | | | | | |
| 22. - Schwab 1000 Index Fund | | | | | | | | | |
| 23. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. IRA #5 | A | Interest | L | T | | | | | |
| 26. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. Custodial Account #1 | A | Int./Div. | J | T | | | | | |
| 29. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 30. - Schwab Value Investor Money Fund | | | | | | | | | |
| 31. - Schwab 1000 Index Fund | | | | | | | | | |
| 32. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Custodial Account #2 | A | Int./Div. | J | T | | | | | |
| 36. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 37. - Schwab 1000 Index Fund | | | | | | | | | |
| 38. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. Custodial Account #3 | A | Int./Div. | J | T | | | | | |
| 41. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 42. - Schwab 1000 Index Fund | | | | | | | | | |
| 43. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. Custodial Accout #4 | A | Int./Div. | K | T | | | | | |
| 46. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 47. - Schwab Value Advantage Money Fund | | | | | | | | | |
| 48. - Schwab 1000 Index Fund | | | | | | | | | |
| 49. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Custodial Accout #5 | A | Int./Div. | J | T | | | | | |
| 53. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 54. - Schwab 1000 Index Fund | | | | | | | | | |
| 55. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. Custodial Account #6 | A | Int./Div. | J | T | | | | | |
| 58. - Charles Schwab Cash/Money Market Account | | | | | | | | | |
| 59. - Schwab Investor Money Fund | | | | | | | | | |
| 60. - Schwab 1000 Index Fund | | | | | | | | | |
| 61. - Federated Mid Cap Index Fund SS | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Trust #1 | | | | | | | | | |
| 64. - Partial Interest Rent Prop, San Bernardino County, CA | D | Rent | M | W | | | | | |
| 65. | | | | | | | | | |
| 66. Trust #2 | A | Int./Div. | M | T | | | | | |
| 67. - Fidelity Investments Cash Account | | | | | | | | | |
| 68. - Fidelity Government Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Trust #3 | A | Int./Div. | M | T | | | | | |
| 71. - Fidelity Investments Cash Account | | | | | | | | | |
| 72. - Fidelity Government Money Market Fund | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. Trust #4 | A | Int./Div. | L | T | | | | | |
| 75. - Fidelity Investments Cash Account | | | | | | | | | |
| 76. - Fidelity Government Money Market Fund | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Trust #5 | A | Int./Div. | K | T | | | | | |
| 79. - Fidelity Investments Cash Account | | | | | | | | | |
| 80. - Fidelity Government Money Market Fund | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. Trust #6 | A | Int./Div. | K | T | | | | | |
| 83. - Fidelity Investments Cash Account | | | | | | | | | |
| 84. - Fidelity Government Money Market Fund | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 10/01/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Trust #7 | A | Int./Div. | K | T | | | | | |
| 88. - Fidelity Investments Cash Account | | | | | | | | | |
| 89. - Fidelity Government Money Market Fund | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. Trust #8 | A | Interest | J | T | | | | | |
| 92. - Fidelity Investments Cash Account | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. Common Stock: Law Office of Wayne Johnson, APC (Y) | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. Claim in Brobeck, Phleger & Harrison bankruptcy case | | None | J | W | | | | | |
| 97. Claim in MG Banning, LLC bankruptcy case | | None | | | | | | | |
| 98. Claim in Louise's Pantry La Quinta bankruptcy case. | | None | K | W | | | | | |
| 99. Bank of America accounts | A | Interest | M | T | | | | | |
| 100. JP Morgan Chase accounts | | None | K | T | Open | 12/31/12 | K | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 94: The Law Office of Wayne Johnson, APC was dissolved in 2011. One residual bank account (with less than $2,000) existed at Bank of America during 2012. The nominal funds in that account are reported herein on line 99 with other accounts. The valuation on line 99 includes all accounts at Bank of America.

Line 97: The claim in the bankrutpcy case of MG Banning LLC became worthless in 2012 (if not earlier). The bankruptcy trustee filed a no asset report in the case in 2012 indicating that no distributions will be made on account of this claim or any other claims in the case.

Part VII, page 6, line 28, page 7, lines 35, 40, and 45, and page 8, lines 52 and 57: In response to the Committee's letter of inquiry dated October 1, 2013, I conferred with Amy in the Office of the Committee on Financial Disclosure. She indicated aggregate reporting is permitted for investment accounts that are not personal brokerage accounts. The six accounts identified in the Committee's letter of inquiry are investment accounts at a brokerage firm (Charles Schwab) set                                         . I did not establish these investment accounts and they are not personal brokerage accounts. I am not a beneficiary of the accounts. Rather, I am simply a custodian for the accounts which were established                         . Amy suggested that changing the description of these investment accounts to simply "Custodial Accounts" might sufficiently clarify the situation. Please advise if otherwise. I made similar changes in Part 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wayne E. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544